# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00374-CV

**Mark Steven Butaud, Appellant**

**v.**

**Dusti Lanatte Butaud, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2020-1028A, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Mark Steven Butaud has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: September 20, 2024